UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
SHALOM B. MUNITZ

      Plaintiff,

v.                                            RULE 7.1 STATEMENT

PENN CREDIT CORPORATION
VERIZON
      Defendants.
------------------------------------------x

**JUDGE KARAS**

**08 CIV. 6207**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SHALOM B. MUNITZ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:
N/A

DATED: June 25, 2008
Spring Valley, NY

                    /s/ _____
Shmuel Klein (SK 7212) Fed Court Only
Law Office of Shmuel Klein, PC
Attorneys for Plaintiff
268 Route 59
Spring Valley, New York 10977
(845) 425-2510